# Third District Court of Appeal

## State of Florida

Opinion filed June 22, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-497
Lower Tribunal Nos. F12-27886, F12-26644A

————————————

**Daron Sneed,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Daron Sneed, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.